COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Kamran Nezami v. Wells Fargo Advisors, LLC f/k/a Wachovia
                         Sercurities, LLC

Appellate case number:   01-14-00063-CV

Trial court case number: 2011-62473

Trial court:             129th District Court of Harris County

On April 2, 2014, counsel for appellant, Kamran Nezami, filed a Motion to Withdraw as Attorney of Record, and For Continuance to File Appellant's Brief. The motion is **GRANTED**.

The deadline for appellant to file a brief is extended to May 22, 2014.

In accordance with Texas Rule of Appellate Proceedure 6.5(c), withdrawing counsel for appellant Kamran Nezami is **ORDERED** to immediately notify appellant, in writing, of the granting of this motion to withdraw, the extension of the deadline to file a brief, and any other deadlines or settings that have not previously been disclosed to appellant. A copy of that written notice is to be filed with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c).

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                         X  Acting individually     ☐ Acting for the Court


Date:  April 24, 2014